EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2023 TSPR 22 |
| Roberto Rodríguez Cintrón | 211 DPR ___ |

Número del Caso: TS-17,928

Fecha: 1 de marzo de 2023

Abogado del Peticionario:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Roberto Rodríguez Cintrón          TS-17,928

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de marzo de 2023.

Examinada la *Moción en cumplimiento de orden* presentada el 16 de febrero de 2023, se provee ha lugar. En consecuencia, se reinstala al Sr. Roberto Rodríguez Cintrón únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo